BEFORE THE FIRST DIVISION, MARCH 23, 1965

No. 69162.—Rosko Steele, Inc. v. United States, protests 64/3156, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of novelty figures, not chiefly used for the amusement of children, composed in chief value of metal, and having as an essential feature an electrical element or device, the claim of the plaintiff was sustained.

No. 69163.—New York Merchandise Co., Inc., and Tartaglia Imports v. United States, protests 63/11915 and 63/11910 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature knickknacks similar in all material respects to the old timer sets the subject of Abstracts 66106 and 67252, the claim of the plaintiffs was sustained.